No. 01–5871. Woods v. United States. C. A. 9th Cir. Certiorari denied.

No. 01–5872. Talley v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–5875. Williams v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–5881. Murphy v. Strack, Superintendent, Fishkill Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 01–5883. Meridyth v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–5884. Ronquillo Palma v. United States. C. A. 9th Cir. Certiorari denied.

No. 01–5886. Denny v. Gudmanson, Warden. C. A. 7th Cir. Certiorari denied.

No. 01–5888. Caldwell v. Bell, Warden. C. A. 6th Cir. Certiorari denied.

No. 01–5890. Jester v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–5892. Contreras Perez, aka Perez-Peralta v. United States. C. A. 9th Cir. Certiorari denied.

No. 01–5893. Rodriguez-Montoya, aka Rodriguez-Garcia v. United States; Roman-Adame, aka Lopez v. United States; Sandoval-Manzo v. United States; Valenzuela-Gonzalez v. United States; and Velazquez-Mata v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 166.

No. 01–5895. Espinoza-Martinez v. United States. C. A. 9th Cir. Certiorari denied.